# In the United States Court of Federal Claims

No. 13-169 C

(Filed August 5, 2013)

```
* * * * * * * * * * * * * * * * * * * *
KELLOGG BROWN & ROOT          *
SERVICES, INC.,               *
                              *
        Plaintiff,            *
                              *
   v.                         *
                              *
THE UNITED STATES,            *
                              *
        Defendant.            *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 5, 2013, pursuant to the court's order of August 1, 2013, the government notified chambers of the undersigned, via telephone, that the parties have conferred and agree that oral argument on defendant's motion to dismiss shall be scheduled for August 20, 2013.  Accordingly, it is hereby **ORDERED** that:

(1) **Oral argument** will be **HELD** in the above-captioned case on Tuesday, **August 20, 2013** at **2:00 p.m.**, eastern time, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C.  The location of the courtroom will be posted on the directory in the lobby;

(2) Unless counsel agree otherwise, as the party filing the dispositive motion, counsel for defendant shall present the opening argument; and

(3) No time limit shall be applicable for the presentations, but counsel will be afforded equal time with the expectation that

oral argument will be concluded by or before 4:00 p.m.

                                                                                                         /s/Lynn J. Bush
                                                                                                         LYNN J. BUSH
                                                                                                         Judge