## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KELLOGG BROWN & ROOT SERVICES, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Cause No. 1:13-CV-00169-LJB |
| § | ADR Judge Eric G. Bruggink |
| § | |
| THE UNITED STATES OF AMERICA § | |
| § | |
| Defendant. § | |

**REPLY TO OPPOSITIONS FILED TO REQUEST PURSUANT TO GENERAL ORDER NO. 44 (13) FOR ADR ATTENDANCE BY INTERESTED NON-PARTIES (THE QARMAT ALI VETERANS)**

TO THE HONORABLE JUDGE BRUGGINK:

Both Plaintiff KELLOGG BROWN & ROOT SERVICES, INC. ("KBR") and Defendant UNITED STATE OF AMERICA ("the Government") filed separate objections to the Request by Interested Non-Parties ("The Qarmat Ali Veterans") for attendance at ADR proceedings as may be set by the ADR Judge in this matter. KBR's opposition simply joined in the objection filed by the Government without stating any additional grounds for opposition.

The Government indicated that absent jurisdiction over the Qarmat Ali Veterans the "practice" of ADR before this Court prohibited the attendance of interested non-parties, even with the permission of the ADR Judge. No Rule or General Order was cited for this proposition, which misses the point of the Request and is inconsistent with

the ADR Judge's control of the ADR proceedings, including to determine appropriate attendees, as opposed to mandate the appearance of such attendees.

The Qarmat Ali Veterans also disagree with the suggestion that General Order No. 44 (13) inherently (without so saying) only refers to non-party insurers. There is no such limitation, and the Qarmat Ali Veterans fit squarely within the category of non-parties that may directly benefit ADR in this case.

Neither party stated a specific reason for demanding that the ADR Judge not consider attendance at ADR proceedings by the Qarmat Ali Veterans, subject to the same confidentiality provisions set forth by the Court's Rules. To the contrary, there are substantial and compelling reasons to believe that participation of those most directly affected by the harmful exposures at KBR's Qarmat Ali project would benefit the process.

                                            Respectfully submitted,

_____
Michael Patrick Doyle
Doyle Raizner LLP
One Houston Center
1221 McKinney Suite 4100
Houston, Texas 77010
Phone: (713) 571.1146
Fax: (713) 571.1148
mdoyle@doyleraizner.com
**ATTORNEY FOR NON-PARTIES**
**THE QARMAT ALI VETERANS**

August 5, 2013