# In the United States Court of Federal Claims

No. 13-169 C

(Filed October 21, 2013)

```
* * * * * * * * * * * * * * * * * * * *
KELLOGG BROWN & ROOT        *
SERVICES, INC.,             *
                            *
          Plaintiff,        *
                            *
     v.                     *
                            *
THE UNITED STATES,          *
                            *
          Defendant.        *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 18, 2013, defendant filed a status report which notified the court, pursuant to the court's order dated October 9, 2013, that appropriations to the Department of Justice have been restored. The status report also sets forth an agreed upon deadline for the filing of defendant's response to plaintiff's supplemental briefing. Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's Office is directed to **LIFT** the stay in this matter;

(2) Defendant shall **FILE** its **Response** to plaintiff's supplemental briefing on or before **October 25, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge